Shannon G. Splaine, Esq.
Nevada Bar No. 8241
LINCOLN, GUSTAFSON & CERCOS LLP
3960 Howard Hughes Parkway, Suite 200
Las Vegas, NV 89169-5968
Tel: (702) 257-1997
Fax: (702) 257-2203
E-Mail: ssplaine@lgclawoffice.com

James K. Schultz, Esq.
Nevada Bar No. 10219
SESSIONS ISRAEL & SHARTLE, L.L.P.
1550 Hotel Circle North, Suite 260
San Diego, CA 92108
Tel:   (619) 758-1891
Fax:   (877) 334-0661
E-mail jschultz@sessions.legal
*Attorney for Defendant Phoenix Financial Services, LLC*

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| Shoman Za Washington, Jr., individually and on behalf of all others similarly situated,<br><br>             Plaintiff,<br><br>    vs.<br><br>Phoenix Financial Services, LLC,<br><br>             Defendant. | Case No.  2:22-cv-01400-APG-VCF<br><br>Joint Stipulation and Order for Extension of Time to Respond to Class Action Complaint<br><br>***Second Request***<br><br>Current Response Date: Dec. 21, 2022<br>New Response Date: Jan. 4, 2023 |

It is hereby stipulated by Plaintiff Shoman Za Washington, Jr. and Defendant Phoenix Financial Services, LLC ("PFS"), through undersigned counsel, that PFS may have a second extension of time to respond to the Class Action Complaint from December 21, 2022, through and until January 4, 2023.  This stipulation is made with respect to the following:

1.	Plaintiff filed this action on August 29, 2022 in the United States District Court for the District of Nevada.

2.	PFS was served on November 16, 2022, making the original response due date December 7, 2022.

3.	On December 6, 2022, the parties agreed to a 14-day extension of time for PFS to respond to the Complaint through, and until December 21, 2022.

4.	Additional time is needed for defense counsel to evaluate the information necessary to respond to the Complaint.  The parties also intend to discuss potential early resolution of this claim.

Granting this request for an extension of time to respond to the Complaint will neither prejudice any party nor unreasonably delay the litigation.

IT IS SO STIPULATED.

Dated: 12/21/2022		CONTEMPORARY LEGAL SOLUTIONS

		*/s/Robert M. Tzall*
		Robert M. Tzall

        Attorney for Plaintiff
        Shoman Za Washington, Jr.

Dated: 12/21/2022        SESSIONS, ISRAEL & SHARTLE, LLP

        */s/James K. Schultz*
        James K. Schultz
        Attorney for Defendant
        Phoenix Financial Services, LLC

Pursuant to the Parties' joint stipulation, IT IS HEREBY ORDERED:

    Defendant shall have an extension of time to and including January 4, 2023, to respond to the Complaint.

Dated: 12-22-2022        _____
        United States Magistrate Judge