**Robert M. Tzall**
Contemporary Legal Solutions, PLLC
2551 N Green Valley Parkway C
Suite 303
Henderson, NV 89014
Tel: 702-666-0233
office@contemporarylegalsolutions.com

**James Kevin Schultz**
Sessions Israel & Shartle, LLP
1550 Hotel Circle North Suite 260
San Diego, CA 92108
Tel:  619-758-1891
jschultz@sessions.legal

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEVADA

| | |
|---|---|
| Shoman Za Washington, Jr.,<br><br>        Plaintiff,<br><br>    vs.<br><br>Phoenix Financial Services, LLC;<br><br>        Defendant. | Docket No.  2:22-CV-01400-APG-VCF<br><br>**STIPULATION AND ORDER OF DISMISSAL WITH PREJUDICE** |

        IT IS HEREBY STIPULATED by and between Plaintiff Shoman Za Washington, Jr.

("Plaintiff") and Phoenix Financial Services, LLC ("Defendant"), by and through their respective

counsel of record, that the above-captioned action, including all parties and claims alleged

therein, be and hereby is dismissed with prejudice in accordance with the Federal Rules of Civil

Procedure Rule 41(a)(1)(A)(ii), with the parties to bear their own fees and costs.

        Undersigned counsel represent that they are fully authorized by their respective clients to

enter into this Joint Stipulation with Prejudice.

**Respectfully Submitted,**

Dated: June 1, 2023

/s/*Robert M. Tzall*                            /s/ *James Kevin Schultz*
Robert M. Tzall, Esq.                          James Kevin Schultz, Esq.
**Contemporary Legal Solutions, PLLC**         **Sessions Israel & Shartle, LLP**
*Attorneys for Plaintiff*                       *Attorneys for Defendant*

IT IS SO ORDERED.

**ANDREW P. GORDON**
**UNITED STATES DISTRICT JUDGE**
**2:22-cv-01400-APG-VCF**
**Washington, Jr. v. Phoenix Financial Services**
**DATED: June 13, 2023**